■ 342 EAST 72ND ST. CORPORATION et al., Petitioners, v METROPOLITAN TRANSPORTATION AUTHORITY, Respondent. [856 NYS2d 858]—Application for an order pursuant to Eminent Domain Procedure Law § 207 denied, cross motion to dismiss granted, without costs and without prejudice to recommencement after federal approval of the proposed sidewalk entrances.

All concur. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Nardelli, Acosta and DeGrasse, JJ.